1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor, Federal Building, Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant JOHNSON
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,      )   No. CR 09-741 DLJ
12                                )
                    Plaintiff,    )   **STIPULATION AND []**
13 vs.                            )   **ORDER REGARDING SENTENCE**
                                  )   **REDUCTION UNDER U.S.S.G. §**
14 FREDERICK JOHNSON,             )   **1B1.10(b)(1) (AS AMENDED BY 750,**
                                  )   **PARTS A & C)**
15                  Defendant.    )
   _____)
16
        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting
17
   through their respective counsel, that:
18
   1.   The defendant is making an unopposed motion for a modification of his sentence
19
        pursuant to 18 U.S.C. § 3582(c)(2).
20
   2.   Defendant's original guideline calculation was as follows:
21
        Total Offense Level:   21
22
        Criminal History Category:   VI
23
        Guideline Range:    77-96
24
        Mandatory Minimum: 60 months
25
   3.   Defendant was sentenced to 77 months imprisonment on December 11, 2009.
26

   Stip Reduction Sentence              1

4. According to the Bureau of Prisons, defendant's current projected release date is October 8, 2013.
5. Effective November, 1, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and C, of the United States Sentencing Guidelines Manual.
6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 13

Criminal History Category: VI

Guideline Range: 33-41 months

Mandatory Minimum: 60 months

7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.
8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing defendant's sentence to 60 months.
9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.
10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).
11. Defendant waives his right to appeal the district court's sentence.
12. Accordingly, the parties agree that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual. The parties agree that a proposed amended judgment will be submitted to the Court by the probation office, along with the Sentencing Reduction Investigation Report.

IT IS SO STIPULATED:

                                         /s/

Date: 1/5/12                                    
RITA BOSWORTH
Assistant Federal Public Defender

                                         /s/

Date: 1/5/12
J. DOUGLAS WILSON
Assistant United States Attorney

## [] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 60 months; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

Date: 3 13: 134

United States District Judge